UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JERMAINE DORE,

Defendant.

No. 12-cr-0045-2 (RJS)
No. 23-cv-0624 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of letters from Defendant Jermaine Dore requesting that the Court appoint him pro bono counsel in connection with his habeas petition following the Supreme Court's decision in *United States v. Barrett*, 146 S. Ct. 482 (2026). *See* Doc. Nos. 752, 755, 756, 758, 759. Because the Second Circuit has now remanded that case to this Court with instructions to resentence Barrett – Dore's co-defendant – "consistent with the Supreme Court's decision," *United States v. Barrett*, 172 F.4th 210, 211 (2d Cir. 2026), IT IS HEREBY ORDERED THAT Dore's Application for counsel is DENIED without prejudice to renewal pursuant to 18 U.S.C. § 3006A(a) and (a)(2)(B) following this Court's resentencing of Barrett. The Clerk of Court is respectfully directed to terminate the motions pending at Doc. Nos. 752 and 756.

SO ORDERED.

Dated: July 20, 2026
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
SITTING BY DESIGNATION